IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LARRY WIREMAN and JUDY WIREMAN** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 1:19-cv-01068-TFM-B ) |
| **PARK NATIONAL CORPORATION, SE PROPERTY HOLDINGS, LLC, SOUTHEAST PROPERTY SOLUTIONS LLC, and FICTITIOUS DEFENDANTS, A through H inclusive, Whether singular or plural which Injured the Plaintiffs,** | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of this Court, it is **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of Defendants and against Plaintiffs, and that:

(1) All claims brought by Plaintiff J. Wireman are **DISMISSED with prejudice**;

(2) Plaintiff L. Wireman's breach of contract, breach of fiduciary duty, unjust enrichment, and civil conspiracy claims are **DISMISSED with prejudice;** and

(3) Plaintiff L. Wireman's fraud claim is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case is hereby closed.

DONE this 1st day of October 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE